UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FERNANDO GONZALEZ and ANA GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL PROCESSORS, INC.; INTERNATIONAL TRADE FINANCE MANAGEMENT ASSOCIATES INC.; AMERICAN ALLIANCE TRADE FINANCE SERVICES CORPORATION; and FIRST TRADE INTERNATIONAL BANK & TRUST, LTD.,<br><br>Defendants. | Case No. 95-2103-CIV-NESBIT<br><br>Magistrate Judge Bandstra<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT INTERNATIONAL TRADE FINANCE MANAGEMENT ASSOCIATES INC.** |

NOW INTO COURT, through undersigned counsel, come plaintiffs and pursuant to Fed. R. Civ. P. 41(a)(1)(i) voluntarily dismiss defendant INTERNATIONAL TRADE FINANCE MANAGEMENT ASSOCIATES INC. Said defendant is in bankruptcy at the present time, subjecting this action as to that defendant to the automatic bankruptcy stay, and has neither filed an answer nor a motion for summary judgement.



Respectfully submitted,

_____
Robert Anthony Bogdan
Florida Bar No. 0040606
Attorney at Law
410 S.E. 1st Terrace
Pompano Beach, FL 33060-7108
Tel.   (954) 784-9788
Fax   (954) 784-9528

Attorney for Plaintiffs
FERNANDO GONZALEZ and ANA GONZALEZ

## CERTIFICATE OF SERVICE

I certify that I have this __13__ day of __September__ 199_6_, served a copy of the foregoing upon all counsel of record by placing same properly addressed, postage paid, in the US Mail to: Stephen N. Zack, Esq. and Orion G. Callison, III, Esq., One International Place, Suite 2800, Miami, FL 33131; and Ronny J. Halperin, Esq. and Michael S. Perse, Esq., 1970 Miami Center, 201 S. Biscayne Blvd., Miami, FL 33131.

_____
Robert Anthony Bogdan